# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00303-CR

**James Thomas LaPointe, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 03-111-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James Thomas La Pointe seeks to appeal a denial of his motion to recuse in a habeas proceeding. The trial court's denial of this motion cannot be appealed as an interlocutory order. *See* Tex. R. Civ. P. 18a(f) (denial of motion to recuse is reviewed on appeal from final judgment); *Arnold v. State*, 853 S.W.2d 543, 544 (Tex. Crim. App. 1993) (civil rule governing recusal motions applies in criminal cases). Accordingly, this appeal is dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: June 16, 2009

Do Not Publish